IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA MORRISON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　　　Defendant. | Civil Action No:<br>1:21-cv-00283-SPB<br><br><br>**Electronically Filed** |

### STIPULATION FOR DISMISSAL

　　　As evidenced below by the signatures of counsel for all parties of record in this case and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that any and all claims and counterclaims in this case be dismissed, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian P. Bronson, Esquire* | */s/ Caitlin P. Strauss, Esquire* |
| Attorney for Plaintiff | Attorney for Defendant |
| QuatriniRafferty, P.C. | Saul Ewing Arnstein & Lehr, LLP |
| 550 East Pittsburgh Street | 1500 Market Street, 38th Floor |
| Greensburg, PA 15601 | Philadelphia, PA 19102-2186 |
| Phone:  (724) 837-0080 | Phone: (215) 972-7153 |
| Fax: (724) 837-1348 | Fax: (215) 972-4167 |
| Email:  bpb@qrlegal.com | Email: caitlin.strauss@saul.com |

　　　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Susan Paradise Baxter
　　　　　　　　　　　　　　　　United States District Judge