**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEBRA MORRISON, | : | |
| Plaintiff, | : | Civil Action No: |
| | : | 1:21-cv-00283-SPB |
| vs. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : | **Electronically Filed** |
| Defendant. | : | |

## STIPULATION FOR DISMISSAL

As evidenced below by the signatures of counsel for all parties of record in this case and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that any and all claims and counterclaims in this case be dismissed, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

*/s/ Brian P. Bronson, Esquire*
Attorney for Plaintiff
QuatriniRafferty, P.C.
550 East Pittsburgh Street
Greensburg, PA 15601
Phone:  (724) 837-0080
Fax: (724) 837-1348
Email:  bpb@qrlegal.com

*/s/ Caitlin P. Strauss, Esquire*
Attorney for Defendant
Saul Ewing Arnstein & Lehr, LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Phone: (215) 972-7153
Fax: (215) 972-4167
Email: caitlin.strauss@saul.com

IT IS SO ORDERED:

_____
Honorable Susan Paradise Baxter
United States District Judge

- 1 -